No. 608. COLUMBUS GAS & FUEL CO. *v.* PUBLIC UTILITIES COMM'N ET AL. Argued March 13, 1934. Decided March 19, 1934. *Per Curiam:* The appeal herein is dismissed for the want of a final judgment. *Haseltine* v. *Central National Bank,* 183 U.S. 130; *Schlosser* v. *Hemphill,* 198 U.S. 173, 175, 176; *Louisiana Navigation Co.* v. *Oyster Comm'n,* 226

U.S. 99, 101, 102; *Gulf Refining Co.* v. *United States,* 269 U.S. 125, 135, 136; *Georgia Ry. Co.* v. *Decatur,* 262 U.S. 432, 437; *Hinderlider* v. *LaPlata River & Cherry Creek Ditch Co., ante,* p. 650. *Mr. Edward C. Turner,* with whom *Mr. Albert M. Calland* was on the brief, for appellant. *Messrs. John L. Davies* and *James W. Huffman* for appellees.